RAYMOND ARTHUR ABBOTT, ET AL. v. FRED B. BURKE, ET AL.

April 28, 1989.

Certification to the State Board of Education is granted.

STATE OF NEW JERSEY v. JOEL DURMER.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD HAMM.

May 2, 1989.

Petition for certification granted.

STATE OF NEW JERSEY v. WAVERLY LARK.

May 2, 1989.

Petition for certification granted.  (See 229 *N.J.Super.* 586)